```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREW TORO, *on behalf of himself and all others similarly situated*,

                        Plaintiff,

-against-

RELIABLE PARTS, INC.,

                        Defendant.
-----------------------------------------------------------------X

1:23-cv-842-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated February 3, 2023, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than May 24, 2023. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's February 3, 2023 order forthwith and in any event no later than May 26, 2023.

SO ORDERED.

Dated: May 25, 2023
New York, New York

                                                                   _____
                                                                      GREGORY H. WOODS
                                                                    United States District Judge