MARK A. BECKMAN
MBECKMAN@GRSM.COM
DIRECT DIAL: (212) 453-0724

**MEMORANDUM ENDORSED**

**GORDON&REES**
**SCULLY MANSUKHANI**
YOUR 50 STATE PARTNER™

ALFONS D'AURIA
ADAURIA@GRSM.COM
DIRECT DIAL: (332) 230-2159

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA,
28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

May 26, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 26, 2023

**VIA ECF**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Andrew Toro v. Reliable Parts, Inc.*
      Case No. 23-cv-842-GHW

Dear Judge Woods:

    We represent defendant Reliable Parts, Inc. in the above-referenced action. With plaintiff's consent, we write pursuant to Section 1(E) of Your Honor's Individual Rules of Practice to request an adjournment of the initial pre-trial conference currently scheduled for May 31, 2023. The parties have been engaged in discussions of a possible non-litigation resolution, and continue to share information in aid of those discussions. This request permits us time to continue those discussions that may obviate the need for the initial conference.

    Accordingly, we respectfully request a 30-day adjournment of the initial pre-trial conference. The current date for the initial pre-trial conference is May 31, 2023. This adjournment would affect defendant's time to answer, move, or otherwise respond to the complaint, as it would coincide with the revised date for the initial pre-trial conference pursuant to Your Honor's February 3, 2023 order. This is defendant's first request for such relief, and as noted, it is made with plaintiff's consent.

    We thank the Court for its consideration of this request.

Yours very truly,

*[signature]*

Mark A. Beckman
Alfons D'Auria

cc: All Counsel of Record (*via* ECF)

Application granted. The initial pretrial conference scheduled for May 31, 2023, is adjourned to July 7, 2023, at 4:00 p.m, and will be conducted by telephone. The joint status letter and proposed case management plan described in the Court's February 3, 2023 order are due no later than June 30, 2023. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

SO ORDERED.
Dated: May 26, 2023
New York, New York

*[signature]*
GREGORY H. WOODS
United States District Judge