

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**MEMORANDUM ENDORSED**

<u>VIA ECF</u>
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 30, 2023
```

June 29, 2023

Re:   <u>Case 1:23-cv-00842-GHW Toro v. Reliable Parts, Inc.</u>
      <u>Request for Adjournment of Conference</u>

Dear Judge Woods:

    Plaintiff submits this letter-motion seeking an adjournment of the initial pretrial conference scheduled for July 7, 2023, and all related deadlines. Counsel will be away for the holiday week and unable to attend in-person. As such, a thirty-day adjournment up to and until August 7, 2023 is being requested, or a date more convenient to the Court. This is the first time Plaintiff is requesting this relief, but second time overall, and both Parties consent.

    We thank the Court for its attention and consideration herein.

Respectfully submitted,

Mars Khaimov, Esq.

Cc: All Counsel of Record

The parties' request to adjourn the initial pretrial conference, Dkt. No. 11, is granted. The initial pretrial conference scheduled for July 7, 2023, is adjourned to July 28, 2023, at 2:00 p.m., and will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules. The joint status letter and proposed case management plan described in the Court's February 3, 2023 order are due no later than July 21, 2023. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED
Dated:  June 30, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge