MARK A. BECKMAN
MBECKMAN@GRSM.COM
DIRECT DIAL: (212) 453-0724

ALFONS D'AURIA
ADAURIA@GRSM.COM
DIRECT DIAL: (332) 230-2159

**MEMORANDUM ENDORSED**



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA,
28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

July 21, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 21, 2023
```

<u>**VIA ECF**</u>
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Andrew Toro v. Reliable Parts, Inc.*
               Case No. 23-cv-842-GHW

Dear Judge Woods:

      We represent defendant Reliable Parts, Inc. in the above-referenced action. With plaintiff's consent, we write pursuant to Section 1(E) of Your Honor's Individual Rules of Practice to request an adjournment of the initial pre-trial conference currently scheduled for July 28, 2023. The parties have been engaged in discussions of a possible non-litigation resolution, and this request permits us time to continue those discussions that may obviate the need for the initial conference.

      Accordingly, we respectfully request a 21-day adjournment of the initial pre-trial conference. The current date for the initial pre-trial conference is July 28, 2023. This adjournment would affect defendant's time to answer, move, or otherwise respond to the complaint, as it would coincide with the revised date for the initial pre-trial conference pursuant to Your Honor's February 3, 2023 order. This is the third request for such relief, and as noted, it is made with plaintiff's consent.

      We thank the Court for its consideration of this request.

The parties' July 21, 2023 request to adjourn the initial pretrial conference, Dkt. No. 13, is granted. The initial pretrial conference scheduled for July 28, 2023, is adjourned to August 25, 2023, at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's February 3, 2023, order are due no later than August 18, 2023. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

Yours very truly,

*Mark A. Beckman*

Mark A. Beckman
Alfons D'Auria

SO ORDERED.
Dated: July 21, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge