**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANDREW TORO on behalf of himself
and all others similarly situated,

                Plaintiffs,

         -against-

RELIABLE PARTS, INC.

                Defendant.

Case No.  1:23-cv-842

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**


 **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and

hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or

disbursements, or attorneys' fees to any party.


      Dated:    Hicksville, New York
                October 16, 2023


                        Respectfully Submitted,

                        **/s/ Mars Khaimov**


                By:    Mars Khaimov, Esq.
                        100 Duffy Avenue, Suite 510
                        Hicksville, New York 11801
                        Tel (929) 324-0717
                        Fax (929) 333-7774
                        Email: mars@khaimovlaw.com
                        *Attorney for Plaintiff*